# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| AHLAM KHALIL, | : No. 252 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| JASON DIEGIDIO, ANNE MARIE | : |
| DIEGIDIO, STATE FARM FIRE & | : |
| CASUALTY CO., TRAVELERS | : |
| PROPERTY & CASUALTY CO., | : |
| TRAVELERS PROPERTY & CASUALTY | : |
| COMPANY OF AMERICA AND | : |
| TRAVELERS INDEMNITY COMPANY OF | : |
| AMERICA, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.